UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

MALCOLM MADISON,

       Plaintiff,

  -v-                                                  No.  19 CV 5234-LTS-JLC

STEVEN A. BANKS, COMMISSIONER OF
THE DEPARTMENT OF HOMELESS
SERVICES, and THE CITY OF NEW
YORK,

       Defendant(s).
-------------------------------------------------------x

## ORDER

On September 4, 2019, Plaintiff filed an Amended Complaint and named Commissioner Banks and DHS as Defendants.  (See docket entry no. 8, the "AC".)  On February 10, 2020, Defendants filed a motion to dismiss the AC.  (See docket entry no. 19.)  Thereafter, Plaintiff filed a second amended complaint, and a supplemental second amended complaint, a motion for leave to amend the AC, and a third amended complaint.  (See docket entry nos. 23-27.)  The motion to dismiss is under advisement.  Defendants need not respond to Plaintiff's filings at docket entry nos. 23-27, pending further order of the Court.

     SO ORDERED.

Dated: New York, New York
       August 12, 2020

                                                      /s/ Laura Taylor Swain
                                                   LAURA TAYLOR SWAIN
                                                   United States District Judge

Copy Mailed To:
Malcolm Madison
651 W. 168th Street
New York, NY 10032