**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MALCOLM MADISON,

                     Plaintiff,

      -against-                                      19 **CIVIL** 5234 (LTS) (JLC)

                                                        **JUDGMENT**

STEVEN A. BANKS, COMMISSIONER OF THE
 DEPARTMENT OF HOMELESS SERVICES,
and THE CITY OF NEW YORK,

                    Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Order dated August 24 2020, the Defendants' motion to dismiss the federal law claims asserted in Plaintiff's Amended Complaint is granted, and the Court declines to exercise jurisdiction of Plaintiff's state law claim, if any; Plaintiff's motion for leave to amend the Amended Complaint is denied; the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore <u>in forma pauperis</u> statues is denied for the purpose of an appeal; accordingly, this case is closed.

**Dated:**  New York, New York
           August 24, 2020

                                                                **RUBY J. KRAJICK**
                                                            _____
                                                                **Clerk of Court**
                                           **BY:**
                                                                 **Deputy Clerk**